PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

MAR 5 2025 AM 8:35
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo DIVISION

Robert Vera #60148-177

Plaintiff's Name and ID Number

FMC Rochester
P.O. Box 4000
Rochester, MN. 55903-4000

Place of Confinement

2-25CV-054-2

CASE NO. _____
(Clerk will assign the number)

v.

FMC Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

Defendant's Name and Address

Federal Bureau of Prisons South Central Regional Office
344 Marine Forces Drive
Grand Prairie, Texas 75051

Defendant's Name and Address

FMC Fort Worth
Post Office Box 15330
Fort Worth, Texas 76119

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A
        2. Parties to previous lawsuit:
           Plaintiff(s) N/A
           Defendant(s) N/A
        3. Court: (If federal, name the district; if state, name the county.) N/A
        4. Cause number: N/A
        5. Name of judge to whom case was assigned: N/A
        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
        7. Approximate date of disposition: N/A



U.S. Department of Justice

Federal Bureau of Prisons

South Central Regional Office

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX  75051*

DATE MAILED:   September 23, 2024

Robert Vera
Reg. No. 60148-177
FMC Rochester
2110 East Center Street
Rochester, MN 55904

Re:  Administrative Tort Claim - TRT-SCR-2023-07822 (Reconsideration)

Mr. Vera:

Your request for reconsideration for the above-referenced claim was received by the South Central Regional Office (SCRO) for the Federal Bureau of Prisons on April 25, 2024, and July 8, 2024.  In your original claim, you sought compensation in the amount of $687.80 for alleged property loss in connection with your June 2023 placement in the Special Housing Unit (SHU) at FMC Fort Worth.  By letter dated April 3, 2024, the SCRO informed you of the Agency's denial of your tort claim.

Your letter requesting reconsideration did not contain sufficient evidence to determine what liability, if any, the United States Government has at this juncture.  Accordingly, the Agency finds no other reason to depart from its previous findings, and your tort claim is respectfully denied.

You should consider this letter as the final agency action.  As you were previously informed, 31 U.S.C. § 3723 does not provide for judicial review of claim determinations made under that statutory provision.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/ojf

II. PLACE OF PRESENT CONFINEMENT: FMC Rochester P.O. Box 4000 Rochester, MN, 55903-4000

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Vera #60148-177 FMC Rochester P.O. Box 4000 Rochester, MN 55903-4000

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: FMC Fort Worth P.O. Box 15330 Fort Worth, TX 76119

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to issue me a secureable locker, did not secure my property

Defendant #2: Jason A. Sickler, Regional Counsel, F.B.O.P. South Central Regional Office 344 Marine Forces Drive Grand Prairie, Texas 75051

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did not investigate my Tort claim properly, Refused Reconsideration

Defendant #3: Will have more defendants when I recieve my Discovery in case.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

While incarcerated at the FMC Fort Worth, in Fort Worth, TX. Due to over crowding I was assigned to a 17 man dorm, called a Bus stop. And assigned a blue plastic tote as a locker. These blue plastic totes, even with a regulation combination lock, can not be secured properly. On June 12, 2023 at about 8:45 PM I was placed in special housing. My property was never packed out or secured by staff, for days. And after several days of complaining to SHU staff, when my property was looked for, my property was never found or secured. Not one piece of my property was found.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated in the amount of $687.80 for property loss, court and filing fees and personal injury $100,000.00

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Robert Vera, Robert Matthew Vera, Leo Vera Jr.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ-CID# 5268821; TDCJ-CID# 648104, BOP Reg No: 60418-177

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ___ NO

   C. Has any court ever warned or notified you that sanctions could be imposed?     ____YES  _X_ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning was issued: __N/A__

Executed on: __02-14-2025__
              DATE

__Robert M. Vera__
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14th__ day of __February__, 20__25__.
       (Day)               (month)        (year)

__Robert M. Vera__
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Robert Vera #6149611
FMC Rochester
P.O. Box 4000
Rochester, MN
55903-4000

Legal Mail

Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave. Room 133
Amarillo, Texas
79101

RECEIVED
MAR -5 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail